# DEMETRIOS ADAMIS, PC
ATTORNEYS AT LAW
61-43 186TH STREET
FRESH MEADOWS, NEW YORK 11365
TEL/FAX (718) 425-0945

DEMETRIOS ADAMIS

E-MAIL demetrios@dapcny.com

**VIA ECF**

February 19, 2025

Hon. Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   **Skiathitis  v. Star Natural Meats., et al; Case No. 24-CV-08714**

Dear Judge Pollack:

Please be advised that I have just been retained to represent the Defendants in the above-entitled action. I am writing to request the Defendants' time to answer the complaint be extended to March 14, 2025. In exchange the Defendants have agreed to waive any defenses as to improper service.

This is my first request, and it is being made with the consent of Plaintiff's counsel.

The Court's consideration in this matter is greatly appreciated.

Very truly yours,

*Demetrios Adamis*
Demetrios Adamis
DA/cmm


Consented to:
KatzMelinger


  *Jarret Bodo*
Jarret T. Bodo, Esq.