Docket No.: 24-cv-8714

# INITIAL CONFERENCE QUESTIONNAIRE

1. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made:

2. If additional interrogatories beyond the 25 permitted under the federal rules are needed, the maximum number of: plaintiff(s) __0__ and defendant(s) __0__

3. Number of depositions by plaintiff(s) of: parties __2__ non-parties __2__

4. Number of depositions by defendant(s) of: parties __1__ non-parties __0__

5. Date for completion of factual discovery:

6. Number of expert witnesses of plaintiff(s): __0__ medical __0__ non-medical

   Date for expert report(s): __N/A__

7. Number of expert witnesses of defendant(s): __0__ medical __0__ non-medical

   Date for expert report(s): __N/A__

8. Date for completion of expert discovery: __N/A__

9. Time for amendment of the pleadings by plaintiff(s) __N/A__ or by defendant(s)

10. Number of proposed additional parties to be joined by plaintiff(s) __0__ and by defendant(s) __0__ and time for completion of joinder:

11. Types of contemplated dispositive motions: plaintiff(s): __Summary Judgment__
    defendant(s): __Summary Judgment__

12. Dates for filing contemplated dispositive motions: plaintiff(s): __April 14, 2026__
    defendant(s): __April 14, 2026__

13. Have counsel reached any agreements regarding electronic discovery? If so, please describe at the initial conference.

14. Have counsel reached any agreements regarding disclosure of experts' work papers (including drafts) and communications with experts? If so, please describe at the initial conference.

15. Will the parties consent to trial before a magistrate judge pursuant to 28 U.S.C. '636(c)? (Answer no if any party declines to consent without indicating which party has declined.) *
    Yes ___ No __X__

---

* The fillable consent form may be found at https://img.nyed.uscourts.gov/files/forms/MJConsentForm.pdf and may be filed electronically upon completion prior to the initial conference, or, brought to the initial conference and presented to the Court for processing.