UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

VASILIOS SKIATHITIS,

                      Plaintiff,

        - against -

STAR NATURAL MEATS, LLC, OLD FASHION
BUTCHER SHOP, INC., JOHN KOUKOULARIS, and
MICHALIA FLORI,

                      Defendants.

------------------------------------------------------------------X

Case No.:
1:24-cv-08714

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

whereas no party hereto is an infant, incompetent person for whom a committee has been appointed

or conservatee and no person not a party has an interest in the subject matter of the action, the

above-entitled action, including all claims, counterclaims, and/or cross-claims, be, and the same

hereby is discontinued in its entirety, with prejudice and without costs to any party as against

another.

Dated:  New York, New York
         September 19, 2025

KATZ MELINGER PLLC

*Nicole Grunfeld*

Nicole Grunfeld
*Attorneys for Plaintiff*
370 Lexington Avenue
New York, New York 10017
(212) 460-0047
ndgrunfeld@katzmelinger.com

Dated:  Uniondale, New York
      ~~August __, 2025~~
      September 15, 2025

DAVIDOFF HUTCHER & CITRON LLP

Andreas Koutsoudakis
*Attorneys for Defendants*
605 Third Avenue
New York, New York 10158
(212) 557-7200
aak@dhclegal.com

        Dated: Brooklyn, New York
        October 15, 2025

        /s/ *Seth D. Eichenholtz*
          Seth D. Eichenholtz

        United States Magistrate Judge
        Eastern District of New York